## CRIMINAL MINUTE CALENDAR

BEFORE JUDGE: William F. Kuntz, II    DATE: 08/13/2019

DOCKET NUMBER: 19-cr-00294-1    CASE TITLE: USA v. Cabrera

TOTAL TIME IN COURT: ____ Hours  25 Minutes

DEFENDANTS NAME: Frank Cabrera    DEFENDANT # 1

Present                                                                ON BAIL

DEFENSE COUNSEL: Aaron J. Mysliwiec, Esq.    RETAINED COUNSEL

Present

DEFENDANTS NAME: ____    DEFENDANT # ____

DEFENSE COUNSEL: ____

DEFENDANTS NAME: ____    DEFENDANT # ____

DEFENSE COUNSEL: ____

DEFENDANTS NAME: ____    DEFENDANT # ____

DEFENSE COUNSEL: ____

A.U.S.A.: Gillian Kassner    Pretrial Officer: Officers Ignace Sanon-Jules and Michael Dorn

Probation Officer: ____    Other: ____

Case Manager/Magistrate Clerical: Andrew Jackson

Court Reporter/ESR Operator: Rivka Teich    Tape Log: ____

Interpreter: ____    language: ____

**Type of Hearing**

**Status Conference**    ☐ Contested  ☒ Non Evidentiary

____    ☐ Contested  ☐ Non Evidentiary

____    ☐ Contested  ☐ Non Evidentiary

____    ☐ Contested  ☐ Non Evidentiary

Hearing    ☒ Began    ☒ Held

**SHOULD THIS CALENDAR BE SEALED?**  ☐ Yes  ☑ No

Next Scheduled Hearing

_____ *(Type of Hearing)* scheduled before

Judge/Magistrate Judge_____

on _____ *(Date)* at _____ *(Time)* in Courtroom _____

**EXCLUDABLE DELAY CODE TYPE:** XT - Interest of Justice

**PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START:** 8-13-2019

**PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:** 8-27-2019

*Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

Do these minutes contain ruling(s) on Motion(s)?  ☐ Yes  ☑ No

Motion(s) Type and Document # of Motion Ruled On:

Motion to/for_____    DE    Decision_____

Motion to/for_____    DE    Decision_____

Motion to/for_____    DE    Decision_____

Motion to/for_____    DE    Decision_____

**TEXT:**

Appearances: AUSA Gillian Kassner appeared on behalf of the United States. Pretrial Officers Ignace Sanon-Jules and Michael Dorn appeared on behalf of Pretrial Services. Aaron Mysliwiec, Esq., appeared on behalf of defendant Frank Cabrera (present). The Government has produced 80 percent of the Rule 16 discovery to defense counsel. The Government and Pretrial Services requested the Court to revoke Defendant's bond, which defense counsel opposed. After the Court conducted a detailed inquiry with respect to the Defendant's misconduct, which defense counsel acknowledged his client engaged in, the parties agreed to modify the Defendant's bond conditions. The Defendant also acknowledged he violated his bond conditions, apologized to the Court, the Government, and Pretrial Services. The Court ordered the parties to submit a stipulation and order outlining the additional conditions of release, which the Defendant must sign. The parties agreed to exclude time in the interest of justice from 8/13/2019 to 8/27/2019. The Order of Excludable Delay was marked as Court's exhibit one. The next status conference is scheduled for Tuesday, August 27, 2019 at 1:00 P.M. in courtroom 6H North before the Honorable William F. Kuntz, II..