

March 14, 2021

**By ECF**

Honorable William F. Kuntz
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Frank Cabrera*, 19 Cr. 294 (WFK)

Dear Judge Kuntz:

    I write without objection from the Government to request a brief adjournment of the status conference in the above-captioned case scheduled for March 16, 2021. The Parties are engaged in plea discussions and Mr. Cabrera is reviewing a plea offer from the Government. Therefore, I respectfully request a brief adjournment of the court appearance for approximately 30 days to a Tuesday or Thursday that is convenient for the Court.

    Assistant United States Attorney Gillian A. Kassner informed me that the Government does not object to this request. Mr. Cabrera consents to the exclusion of speedy trial time.

    Thank you for the Court's consideration of this request.

                             Respectfully submitted,

                             /s/

                             Aaron Mysliwiec
                             *Attorney for Frank Cabrera*

    cc:    Gillian A. Kassner, Esq. (by ECF and email)
            Clerk of the Court (WFK) (by ECF)